

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00832-CV

Osiela G. **VILLARREAL**, Individually and as Representative of the Estate of Jose Rodriguez,
Deceased and as Next Friend of Nayeli M. Rodriguez and Noemi M. Rodriguez, Minor Children
and Marisela Trevino Rodriguez,
Appellants

v.

**TROY CONSTRUCTION LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVT-001888-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that appellee recover its costs in this appeal from appellants.

SIGNED October 15, 2014.

_____
Rebeca C. Martinez, Justice